# United States Court of Appeals for the Fifth Circuit

_____

No. 22-51106
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 1, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Romario Danilo Del Cid-Milla,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-319-1

_____

Before Stewart, Dennis, and Willett, *Circuit Judges*.

Per Curiam:[*]

Romario Danilo Del Cid-Milla appeals his sentence for illegal reentry into the United States under 8 U.S.C. § 1326(a) and (b)(1). Del Cid-Milla argues that the recidivism enhancement in § 1326(b) is unconstitutional because it permits a sentence above the applicable maximum in § 1326(a), based on facts neither alleged in the indictment nor found by a jury beyond a

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

reasonable doubt.   Del Cid-Milla acknowledges that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he nevertheless seeks to preserve it for possible Supreme Court review. Accordingly, Del Cid-Milla has filed an unopposed motion for summary affirmance.

We have held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*.  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  As Del Cid-Milla concedes that his argument is foreclosed, summary disposition is appropriate.  *See Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Del Cid-Milla's motion is GRANTED, and the district court's judgment is AFFIRMED.